UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

CARLOS BARRALES ET AL.,

              Plaintiffs,        21-cv-8079 (JGK)

    - against -                ORDER

DP HOSPITALITY GROUP LLC,

              Defendant.
―――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The conference scheduled for December 14, 2021 is canceled.

SO ORDERED.
Dated:    New York, New York
         December 7, 2021

                                    /s/ John G. Koeltl
                                  John G. Koeltl
                         United States District Judge