UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────

CARLOS BARRALES, ET AL.,

           Plaintiffs,

   - against -

DP HOSPITALITY GROUP LLC, ET AL.,

           Defendants.
───────────────────────────────────

21-cv-8079 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties should submit a Rule 26(f) report by 1/28/22.

SO ORDERED.

Dated:    New York, New York
           January 11, 2022

                                    John G. Koeltl
                              United States District Judge