# CSM Legal, P.C.

### Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165
ramsha@csm-legal.com

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

September 9, 2022

**VIA ECF**
Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:     Barrales et al v. DP Hospitality Group LLC et al
          Index No. 1:21-cv-08079-JGK

Your Honor:

This office represents Plaintiffs in the above referenced matter. This letter is written jointly with Defendants to notify the Court that the parties have reached a settlement in principle in this matter. Accordingly, the parties respectfully request the Court: 1) permit the parties thirty ("30") days to submit a settlement agreement and materials concerning the fairness of the settlement to the Court; and 2) adjourn all other deadlines in this matter *sine die*.

We thank the Court for the time and attention devoted to this matter.

Respectfully Submitted,

*/s/ Ramsha Ansari*
Ramsha Ansari, Esq.
CSM Legal, P.C.
60 East 42nd Street, Suite 4510
New York, NY 10165
Tel. No.: (212) 317-1200
*Attorneys for Plaintiffs*

CC: All Counsel (VIA ECF)

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

9/12/22

*Certified as a minority-owned business in the State of New York*