UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS BARRALES, ET AL.,

              Plaintiffs,

- against -

DP HOSPITALITY GROUP, ET AL.,

              Defendants.

21-cv-8079 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    A telephone conference is scheduled for **September 21, 2022** at 12:00p.m.

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.
Dated:    New York, New York
           September 16, 2022

                                      John G. Koeltl
                                  United States District Judge