# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165  
ramsha@csm-legal.com

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

September 16, 2022

**VIA ECF**  
Hon. John G. Koeltl  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl Street  
New York, New York 10007

*[Handwritten: Conference adjourned to 9/23/22 at 2:30 P.M. So ordered. /s/ JGK, U.S.D.J. 9/17/22]*

Re: Barrales et al v. DP Hospitality Group LLC et al  
Index No. 1:21-cv-08079-JGK

Your Honor:

    This office represents Plaintiffs in the above captioned matter. This letter is written with Defendants' consent to respectfully request to adjourn the conference currently scheduled for September 21, 2022 to September 23, 2022. The reason for this request is because the undersigned counsel has another conference previously scheduled for September 21, 2022 at 12:00 p.m. This is the first such request.

    We thank the Court for its attention to this matter.

Respectfully Submitted,

/s/ Ramsha Ansari  
Ramsha Ansari, Esq.

cc: All counsel (VIA ECF)