# CSM Legal, P.C.
### Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165  
ramsha@csm-legal.com

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

September 23, 2022

**VIA ECF**  
Hon. John G. Koeltl  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl Street  
New York, New York 10007

   Re: <u>Barrales et al v. DP Hospitality Group LLC et al</u>  
     Index No. 1:21-cv-08079-JGK

Your Honor:

  This office represents Plaintiffs in the above captioned matter. This letter is written with Defendants' consent to respectfully request to adjourn the conference currently scheduled for September 28, 2022 to September 29, 2022 or September 30, 2022. The reason for this request is because the undersigned counsel has another conference previously scheduled for the same time. This is the first such request.

  We thank the Court for its attention to this matter.

                Respectfully Submitted,

                /s/ Ramsha Ansari  
                Ramsha Ansari, Esq.

cc: All counsel (VIA ECF)

*[Handwritten: Conference adjourned to 9/29/22 at 2:00 p.m. So ordered. 9/23/22 /s/ John G. Koeltl U.S.D.J.]*

*Certified as a minority-owned business in the State of New York*