# CSM Legal, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620
ramsha@csm-legal.com

October 4, 2022

**VIA ECF**
Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Barrales et al v. DP Hospitality Group LLC et al
Index No. 1:21-cv-08079-JGK

Your Honor:

This office represents the Plaintiffs in the above referenced matter. This letter is written jointly with Defendants to respectfully request that the Court approve the revised settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). On September 23, 2022, the parties moved for settlement approval. (ECF No. 37). On September 29, 2022, a telephone conference was held. At this conference, Your Honor stated that Plaintiffs' counsel's attorneys fees were not reasonable. As a result, Plaintiffs' counsel has lowered our fees by $1,000.00 and the parties have re-executed a revised settlement agreement incorporating this change. In light of this revision, the parties respectfully request that the Court approve the revised settlement agreement, attached hereto as Exhibit A, as "fair and reasonable." *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332 (S.D.N.Y. 2012).

Should Your Honor have any questions or concerns regarding this settlement, the Parties are happy to address them.

We thank the Court for its time and consideration of this matter.

Respectfully submitted,

By: *Ramsha Ansari*
Ramsha Ansari, Esq.
CSM Legal, P.C.
60 East 42nd Street, Suite 4510
New York, NY 10165
212-317-1200
ramsha@csm-legal.com

Enclosures

CC: All Counsel (via ECF)